Troutman Pepper Locke LLP
600 Travis St., Suite 2800
Houston, TX 77002
troutman.com



**David M. Gregory**
D 713.226.1344
F 713.229.2630
david.gregory@troutman.com

August 20, 2025

**Via ECF**
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

Re:  *Waste Connections of New York, Inc. v. Century Waste Services, L.L.C., et al*
     **Civ. Action No. 1:25-cv-03040-VM (the "Action")**

Dear Judge Marrero:

We write on behalf of the Plaintiff in this matter, Waste Connections of New York, Inc. ("Waste Connections").

The majority of the Defendants' arguments in their August 20, 2025 letter to the Court (Dkt. #27) (the "Letter") are addressed in Waste Connections' responsive letter dated July 29, 2025 (Dkt. #26). The alleged deficiencies identified by Defendants are not actually deficiencies and do not warrant dismissal of any of Waste Connections' claims.

Notably, Defendants argue (for the first time) in the Letter that "the FAC does not allege that the NYCHA contracts were not part of the carved-out business lines because such an allegation would be false." In fact, the First Amended Complaint does allege this, stating "the Defendants are contractually engaged to participate in the Business (as defined by the APA) in the New York City Borough of Manhattan, which is a direct violation of Section 10.1 of the APA." Dkt. 24 at ¶¶84-85. This newly added argument is exemplary of the arguments advanced by Defendants in support of dismissal. There is no legitimate basis for a motion to dismiss in this matter. Waste Connections' First Amended Complaint appropriately pleads each of the claims alleged.

Waste Connections joins in the Defendants' request for a pre-motion conference at the Court's earliest convenience so that this matter can be moved forward and the parties can proceed with the merits of the case. We thank the Court for its time and attention to this matter.



        Respectfully submitted,

        By: */s/ David M. Gregory*
        David M. Gregory

**CC:**

**All counsel of record (Via ECF)**