

Eugene Meyers
*Partner*
Direct (646) 755-3176
em@msf-law.com

August 27, 2025

**Via ECF**
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

Re:   *Waste Connections of New York, Inc. v. Century Waste Services, L.L.C., et al*
      *Civ. Action No. 1:25-cv-03040-VM (the "Action")*

Dear Judge Marrero:

    We represent defendants Century Waste Services, LLC, Marc Savino Associates, Inc. and Marc Savino (collectively, the "Defendants"). We write in response to the Court's Order dated August 22, 2025 (Dkt. No. 29) directing the parties to advise whether they seek supplemental briefing on the motion to dismiss the first amended complaint filed by Waste Connections of New York, Inc.

    Defendants hereby consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss.

Respectfully submitted,

  */s/ Eugene Meyers*
Eugene Meyers, Esq.

cc: All Counsel of Record (via ECF)