UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASTE CONNECTIONS OF NEW YORK, INC.,

Plaintiff,

-against-

CENTURY WASTE SERVICES, L.L.C. et. al.,

Defendants.

25-CV-03040 (VM) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's application for discovery (ECF 49), which has been referred to the undersigned. For the reasons discussed at the discovery conference held on September 1, 2026, the application is GRANTED IN PART and DENIED IN PART. In response to requests 27 and 29, Defendants shall produce documents sufficient to show the information sought. The parties shall meet and confer further on the scope of production in connection with request 26.

DATED: September 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**