USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WASTE CONNECTIONS OF NEW YORK, INC., a Delaware corporation

Plaintiff,

- against -

CENTURY WASTE SERVICES, L.L.C., a New York limited liability company, MARC SAVINO, and MARC SAVINO ASSOCIATES, INC., a New Jersey corporation,

Defendants.

**25 Civ. 3040 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendants Century Waste Services, L.L.C., Marc Savino, and Marc Savino Associates, Inc. (collectively, "Defendants") have appealed a discovery order entered by the Honorable Robyn Tarnofsky (Dkt. No. 54 (the "Order")) to this Court. (See Dkt. No. 55 (the "Appeal").)

As written, the Order states that the Order was based on "the reasons discussed at the discovery conference held on September 1, 2026[.]" (Order.) The Order does not provide this Court with sufficient factual and legal bases supporting to enable this Court to make an informed ruling on the Appeal. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149 (1985).

Accordingly, the Court "recommit the matter to" the Honorable Robyn Tarnofsky "with instructions" to issue a

revised Order detailing the reasons for the Court's findings. 28 U.S.C. § 636(b)(1)(C).

**SO ORDERED.**

Dated: 17 September 2026
New York, New York

Victor Marrero
U.S.D.J.