**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/26

WASTE CONNECTIONS OF NEW YORK, INC.

Plaintiff,

- against -

CENTURY WASTE SERVICES, L.L.C., ET AL.

Defendants.

**25 Civ. 3040 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a letter dated October 6, 2026, filed by Plaintiff Waste Connections of New York, Inc. ("Waste Connections") requesting leave to amend the First Amended Complaint and file the proposed Second Amended Complaint. (See Dkt. No. 59.) The Court is also in receipt of Defendants Century Waste Services, LLC ("Century"), Marc Savino Associates, Inc. and Marc Savino (collectively, the "Defendants") response, in which Defendants state, "[t]o the extent the Court does not deny the Waste Connections' motion on the letter submissions, Defendants request an opportunity to provide briefing on the arguments outlined in this letter." (Dkt. No. 60 at 1.)

Waste Connections is hereby directed to file a letter in response to Defendants' position, indicating whether Waste Connections deems their request for leave to amend fully briefed on the letter submissions, or whether Waste Connections requests the opportunity to providing briefing on their Motion.

Should Waste Connections request briefing, the Parties are hereby directed to file a stipulated briefing schedule.

**SO ORDERED.**

Dated: 13 October 2026
New York, New York

Victor Marrero
U.S.D.J.