**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WASTE CONNECTIONS OF NEW YORK, INC., a Delaware corporation<br><br>Plaintiff,<br><br>- against -<br><br>CENTURY WASTE SERVICES, L.L.C., a New York limited liability company, MARC SAVINO, and MARC SAVINO ASSOCIATES, INC., a New Jersey corporation,<br><br>Defendants. | **25 Civ. 3040 (VM)**<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/26

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a joint letter, dated November 9, 2026, filed by Plaintiff Waste Connections of New York, Inc. ("Waste Connections") and Defendants Century Waste Services, L.L.C., Marc Savino, and Marc Savino Associates, Inc. ("Defendants" and, collectively, the "Parties"). (See Dkt. No. 71.)

Defendants had previously appealed a discovery order entered by the Honorable Robyn Tarnofsky. (See Dkt. Nos. 54 (Order); 56 (Appeal).) The Parties now indicate that the underlying dispute has been mooted. Accordingly, the Court **DENIES** Defendants' Appeal of Magistrate Judge Tarnofsky's Order (Dkt. No. 55) **AS MOOT**.

The Clerk of Court is respectfully directed to terminate the motion at Docket Number 56.

**SO ORDERED.**

Dated: 13 November 2026
New York, New York

Victor Marrero
U.S.D.J.